ANDERSON DUNN, Respondent, *v.* EDWARD D. JAMES, Appellant.

(Argued June 7, 1881; decided June 14, 1881.)

*E. H. Benn* for appellant.

*J. W. Crane* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

BRADLEY S. HORTON, Appellant, *v.* NATHANIEL DOMINY et al., Respondents.

(Submitted June 7, 1881; decided June 14, 1881.)

*George Miller* for appellant.

*William Wickham* for respondents.

*Per Curiam.* Mem. for affirmance of order of General Term and for judgment absolute against plaintiff, on authority of *Hallock* v. *Dominy et al.* (69 N. Y. 238).
All concur.
Judgment affirmed.

---

FREDERICK HUMPHREYS, Appellant, *v.* FRANCIS W. HURTT, Respondent.

(Argued June 6, 1881; decided June 14, 1881.)

DECIDED on the facts in the case.

*Samuel Hand* for appellant.

*Coles Morris* for respondent.

EARL, J., reads for affirmance.
All concur, except FOLGER, Ch. J., absent.
Judgment affirmed.